**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-2589

---

DANTE VINCENT CAMASTRO,

Plaintiff - Appellant,

versus

CITY OF WHEELING, a municipal corporation;
PAUL MCINTIRE; JACK LIPPHART; DAVID KLUG;
RUSTY JEBBIA; DAR ROBINSON; JAMES CURNES;
MICHAEL NAU; CLIFF SLIGAR; ELMER DIETZ; JACK
FELTON; A. E. HENSEN; CANDACE BIPPUS; GERRY
IRISH; WESLEY NEAL; CLIFF RECTOR; MRS. ROBERT
YAHN, Administrator of the Estate of Robert
Yahn, deceased; KEVIN STRYKER; LARRY HOSKINS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
Chief District Judge. (CA-97-8-5)

---

Submitted: February 23, 1999          Decided: March 19, 1999

---

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dante Vincent Camastro, Appellant Pro Se. Kevin Alston Stryker,
Michael Glenn Gallaway, BURNS, WHITE & HICKTON, Wheeling, West
Virginia; J. D. Miller, Wheeling, West Virginia; Michael Edgar
Hooper, HERNDON, MORTON, HERNDON & YAEGER, Wheeling, West Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dante Vincent Camastro appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint, dismissing his state law claims, and denying his motion to recuse. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Camastro v. City of Wheeling, No. CA-97-8-5 (N.D.W. Va. Sept. 29, 1998).  We deny Camastro's motion for a stay of appeal while he appeals the defendants' denial of his zoning variance application to the Ohio County Circuit Court because the outcome of that proceeding would not affect our disposition of his federal claims.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2